Besser *vs.* Munford, administrator.

[Warner, Chief Justice, being engaged as presiding officer of the senate in an impeachment trial, did not sit in this case.]

1. Illegality to the final process of the state court, is not such a suit as can be removed to the courts of the United States.

Illegality.   United States Courts.   Before Judge Lester. Lumpkin Superior Court.   April Term, 1879.

Reported in the opinion.

Price & Baker; Marler & Perry, for plaintiff in error.

M. G. Boyd, for defendant.

Boland *vs.* Klink.

JACKSON, Justice.

This was an effort to remove a cause to the United States court from the superior court of the county of Lumpkin. Final judgment had been obtained in that court, the state court, and its process was proceeding to collect the amount of the judgment rendered, when it was met by an affidavit of illegality. And the case arising on this affidavit to stay the final process of the state court is that which the defendant in execution seeks to remove to the federal court.

This is hardly an open question with us, and we hold that such a case cannot be removed. In 59 *Ga.*, 512, it is substantially decided. See also 16 Wallace, 190 and Wilber *vs.* Humphreys, U. S. C. C. R., Mo., July number Reporter, p. 68.

Judgment affirmed.